JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JOHNSON, | Case No. EDCV 18-2523-GW-AFMx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| COUNTY OF SAN BERNARDINO, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on June 10, 2021, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 10, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE